*J. F. Gardner*, for the appellant.

------

BLOCK *v.* THE STATE.

APPEAL from the *Allen* Court of Common Pleas.
HANNA, J.—This was a prosecution for receiving usuri-
ous interest upon a loan of money.

The affidavit states that the defendant "corruptly contracted for and received," &c. The information does not contain an averment to that effect. A motion to quash was overruled. Trial and conviction.

The motion to quash should have been sustained. To constitute the offense of usury, a corrupt or usurious intention is requisite. *Sutton* v. *Fletcher*, 6 Blackf. 362. Of course the corrupt or usurious intent should be charged in the information, which should be as certain as an indictment. *Mount* v. *The State*, 7 Ind. R. 654.—*The State* v. *Miles*, 4 *id.* 577.

*Per Curiam.*—The judgment is reversed. Cause remanded, &c.

*L. C. Jacoby*, for the appellant.

*J. E. McDonald*, Attorney General, and *A. L. Roache*, for the state.

